## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANIAS FOSTER,** | : | |
| **Petitioner** | : | No. 1:10-cr-00179 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

### ORDER

**AND NOW,** on this 8th day of April, 2015, **IT IS HEREBY ORDERED THAT**:

1. Petitioner Anias Foster's motion to vacate, set aside, or correct his sentence (Doc. No. 339) is **DENIED**;

2. Petitioner Anias Foster's motion for the Government to supply a copy of its court ordered response to Petitioner's Section 2255 motion (Doc. No. 357) is **DENIED AS MOOT**;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
